## RICHARD RODRIGUEZ *v.* COMMISSIONER OF CORRECTION

The petitioner Richard Rodriguez' petition for certification for appeal from the Appellate Court, 108 Conn. App. 489 (AC 27377), is denied.

ROGERS, C. J., did not participate in the consideration of or decision on this petition.

*Damon A. R. Kirschbaum*, special public defender, in support of the petition.

*Melissa L. Streeto*, assistant state's attorney, in opposition.

Decided September 10, 2008